In the Matter of ANTOINETTE VIGLIONE, Respondent, against ARCHANGELO VIGLIONE, Defendant.

JAMES ARCURI, Appellant.

(Submitted April 16, 1934; decided April 24, 1934.)

*Louis Barnett* for motion.

*Charles Foley* opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion.